FROM: FREDRICK HOUSTON # M30702
PONTIAC C.C.
EC# 820

TO: Court Clerk   U.S. District Court      04·06·2016
    Central District of Illinois
        Urbana Division
    201 S. Vine, 218 U.S. Courthouse
        Urbana, IL    61801

I'm writing to inform the court that I have been deprived of any kind of mail correspondence with my family & love one's and legal mail thats outgoing to law firm's and I.D.O.C. Directors office As for All I know is my family visited me in January 2016 and in Febuary 2016, and told me they have not Received any of my mail, And I havn't Received any incoming mail. This is beening going on for several months. I've had personal disputes with staff here in Pontiac the last for years, I've filed dozens of Grievances about staff mis-conduct and disposing of mail. But nothing is being done here in I.D.O.C. In some cases I sent mail with grievances to Springfield Directors office, but they do nothing. The grievances procedure is not available for me, They throw away my grievance and claim they never got it. Internal Affairs officers Diliberately intercepts my mail and throw it away, Retaliating because of All The hesponts I file against staff. They harrass me here in Pontiac, by putting bogish tickets on me

NOT giving me fair hearing and lien on me in my face. They took my personal property + throw it away. All my family contacts + lawyer contacts + friends contact was in my phone book, was thrown away alone with my books etc. etc. I file grievances they never responded. Pontiac. Won't allow me to write letters to my family Internal Affairs is conspiring with cell-house major + Lt's and Sgt's in harrassing me. There has been police brutality against me, but, no-one will investigate or hold staff accountable. They Deny me Medical Attention And Deny me any Administration Remedency against staff. Staff, take my family + children photo's and put DEAD MICE in my property. I filed timely grievances but nothing happen. This is how they retaliate against inmates and then cover it up.

   I have some copies of grievances left. But I.D.O.C. Don't care about grievances. Major Prentice Does nothing Warden Pierce Does nothing. Lt. Punke Nor Sgt Minster of East cell House here in Pontiac Does nothing about these serious complaints. The two officers, c/o Smith 2 shift 2 gallery c/o and (I.A.) officer Lewis is behind my missing mail problems. But no-one will address issue, because Pontiac Authorities is conspiring together against me + other inmates. The only proof I have is my word and my family to say they haven't receive my mail →

unless I use somebody else name to send it out. Because anything with my name gets disposed of by internal Affairs and Major Prentice + or Warden Pierce.

I tried writing the officers and telling them I will stop writing Grievances if they let me have mail privilages to write and recieve mail from my family + kids. But they didnt say nothing.

I would like to ask the Court to order a Tranfer to Segregation at Stateville Correctional. Because I am in fear of my life here in pontiac. Im being Harrassed and Disrespected as they please. I Dont Know How to litigate. So I just ask to be interview by outside of I.D.O.C. investigators to investgate I.D.O.C. Curruptions. And that I get a Seg transfer to Stateville. Its nothing that can stop them down here im just asking to be removed from Facility. Mentally I cant deal with it, with my Health issues. Im in Dangered. They using Tickets to hurt me. And Aggressively handling me in Handcuff.
→

multiple forms of Harrassment. And Retaliation. I will write Every Court And Judge or politician of Illinois until Somebody Help ME. Down Here.

You can Review All my paper in Person to SEE The folly they DO Down Here. IVE even hAD suicidal + Homicidal thoughts Because of Harsh Condition of Confindment the staff creates here in pontiac.

PLEASE Can you order A Segregation Transfer to stateville C.C. As soon As possible.
And order Outside of I.D.O.C. investigators to interview ME...

FREDRICK Houston
M30206
pontiac C.C.